UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No. 17-CR-57

EMILY ZAYAS,

    Defendant.

## NOTICE OF DISMISSAL

The United States of America, by its attorneys, Gregory J. Haanstad, United States Attorney, and Carol L. Kraft and Benjamin A. Wesson, Assistant United States Attorneys, hereby gives notice of the dismissal without prejudice, of counts nine and ten of the indictment filed in the above captioned case, as to defendant Emily Zayas.

Dated at Milwaukee, Wisconsin this 4th day of October, 2017.

                Respectfully submitted,

                GREGORY J. HAANSTAD
                United States Attorney

By:

                *s/Carol L. Kraft*
                CAROL L. KRAFT, WSB # 1000117
                BENJAMIN A. WESSON, WSB # 1061306
                Assistant United States Attorneys
                517 East Wisconsin Avenue, # 530
                Milwaukee, WI 53202
                Telephone: 414 297-1700
                FAX: 414 297-1738
                carol.kraft@usdoj.gov